AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Roberto Enrique Perez-Sanchez

**CRIMINAL COMPLAINT**

Case Number: M-19-893-M

IAE    YOB: 1990
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 20, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ **(Felony)**
I further state that I am a(n) **Supervisory Border Patrol Agent** and that this complaint is based on the following facts:

Roberto Enrique Perez-Sanchez was encountered by Border Patrol Agents near Hidalgo, Texas on April 20, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 20, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 21, 2018 through San Antonio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved by David A. Lindenmuth

Sworn to before me and subscribed in my presence,

April 22, 2019 — 12:35 p.m.

Signature of Complainant
Ian Land                    SBPA

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer